UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **WILLIAM C. LYONS, JR.,**<br><br>  Plaintiff,<br><br>v.<br><br>**FAIRFAX PROPERTIES, INC.,**<br>**WILLIAM C. LYONS, SR.,**<br>**THE BILCO COMPANY AND**<br>**MARIO J. ZANGARI,**<br><br>  **Defendants.** | Civil Action No.: 3:01 CV 01355 (JBA)<br><br><br><br>October 31, 2002 |

### MOTION FOR COSTS AND ATTORNEYS' FEES
### OF DEFENDANT THE BILCO COMPANY

Pursuant to 29 U.S.C. Section 1132(g)(1) and Rule 54 of the Federal Rules of Civil Procedure, Defendant The Bilco Company ("Bilco") moves for an award of costs and attorneys' fees for the reasons set forth in Defendant's accompanying Memorandum of Law.

00961.000/344027.1

        **DEFENDANT**
        **THE BILCO COMPANY**


By_____
        Maurice T. FitzMaurice
        Fed. ID No. ct04302
        REID AND RIEGE, P.C.
        One State Street
        Hartford, CT 06103
        Tel. 860-278-1150
        Fax 860-240-1002
        Its Attorneys

00961.000/344027.1

## CERTIFICATION

I hereby certify that on the 31st day of October, 2003, a copy of Motion for Costs and Attorneys' Fees of Defendant The Bilco Company was sent by first class mail, postage prepaid, to:

*Attorney for Plaintiff William C. Lyons, Jr.*
James P. Connolly, Esq.
924 Farmington Ave. Ste. 105
West Hartford, CT 06111

*Co-Counsel for Plaintiff William C. Lyons, Jr.*
Jeffrey O. Donahue, Esq.
777 Farmington Avenue
West Hartford, CT 06119

*Attorneys for Defendant
 Fairfax Properties, Inc.*
James R. Fogarty, Esq.
Fogarty, Cohen, Selby & Nemiroff, LLC
88 Field Point Road
P.O. Box 2508
Greenwich, CT 06836-2508

*Attorney for Defendant Mario Zangari, Esq.*
Atty. Elizabeth M. Cristofaro
Morrison, Mahoney & Miller, LLP
One Constitution Plaza, 10th Floor
Hartford, CT 06103

*Attorney for Defendant William C. Lyons, Sr.*
Anthony M. Fitzgerald, Esq.
Carmody & Torrance, LLP
P.O. Box 1950
195 Church Street
New Haven, CT 06509-1950

_____
                    Maurice T. FitzMaurice

00961.000/344027.1