UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| WILLIAM C. LYONS, JR. : | |
| v. : | Civil No. 3:01cv1355 (JBA) |
| FAIRFAX PROPERTIES : <br> BILCO, <br> MARIO J. ZANGARI <br> WILLIAM C. LYONS, SR. : | |

**JUDGMENT**

This matter came on for consideration on remaining defendant Mario J. Zangari's Motion for Summary Judgment before the Honorable Janet Bond Arterton, United States District Judge.

The Court has reviewed all of the papers in conjunction with the motion and on March 31, 2004, a Ruling and Order entered granting defendant Mario J. Zangari's Motion for Summary Judgment. On September 26, 2003, defendant BILCO's Motion for Summary Judgment was granted. On July 12, 2002, defendants' Fairfax Properties, Inc. and William C. Lyons, Sr.'s Motion to Dismiss was granted.

It is therefore ORDERED and ADJUDGED that judgment is entered for all defendants and the case is closed.

Dated at New Haven, Connecticut, this 31st day of March 2004.

KEVIN F. ROWE, CLERK

By_____
Betty J. Torday
Deputy Clerk

EOD_____